**Patrick J. MARTIN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3050.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2008.

Rehearing and Rehearing En Banc Denied Oct. 16, 2008.

Katharina P. Arnhold, of Ft. Lauderdale, FL, argued for petitioner. Of counsel on the brief was Richard D. Casey, Lynn, Jackson, Shultz & Lebrun P.C., of Sioux Falls, South Dakota.

Ray E. Donahue, Appellate Division, Office of General Counsel, United States Postal Service, of Washington, DC, argued for respondent. With him on the brief was Lori J. Dym, Chief Counsel.

LOURIE, RADER, and PROST, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.